DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAREEM FOREMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1388

[May 7, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 062022CF000546A88810.

Daniel Eisinger, Public Defender, and Ethan Ross Goldberg, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Pablo Ignacio Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***